# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 11-11658-MDC

PAUL STEWART
ROBIN S STEWART

114 DURHAM DRIVE
COATESVILLE, PA 19320

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    PAUL STEWART
    ROBIN S STEWART

    114 DURHAM DRIVE
    COATESVILLE, PA 19320

Counsel for debtor(s), by electronic notice only.

    GEORGETTE MILLER
    335 EVESHAM AV

    LAWNSIDE, NJ 08045-

                                                      /S/ William C. Miller

Date: 10/24/2016                                            _____

                                                               William C. Miller, Esquire
                                                                Chapter 13 Standing Trustee