# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Paul Stewart
Robin S. Stewart aka Robin S. Whitaker
aka Robin S. Johnson
        Debtors

Chapter 13

MIDFIRST BANK
      v.
Paul Stewart
Robin S. Stewart aka Robin S. Whitaker aka Robin S. Johnson
      and
William C. Miller Esq.
        Trustee

NO. 11-11658 MDC

## ORDER

AND NOW, this 12th day of December, 2016 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on December 21, 2011 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code) 11 U.S.C. 11 U.S.C. Section 362, is modified to allow MIDFIRST BANK and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1215 Willow Street Norristown, PA 19401.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Magdeline D. Coleman*

United States Bankruptcy Judge.

cc: See attached service list

Paul Stewart
114 Durham Drive
Coatesville, PA 19320
Robin S. Stewart aka Robin S. Whitaker aka Robin S. Johnson
114 Durham Drive
Coatesville, PA 19320

William C. Miller Esq.
111 S. Independence Mall (VIA ECF)
Suite 583
Philadelphia, PA 19106

Georgette Miller Esq.
335 Evesham Avenue (VIA ECF)
Lawnside, NJ 08045

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532