United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Paul Stewart  
Robin S Stewart  
    Debtors

Case No. 11-11658-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Virginia      Page 1 of 1      Date Rcvd: Dec 12, 2016  
                               Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2016.  
db/jdb         +Paul Stewart,   Robin S Stewart,   114 Durham Drive,   Coatesville, PA 19320-5537

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2016      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2016 at the address(es) listed below:

         ANDREW F GORNALL   on behalf of Creditor    MidFirst Bank agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
         ANN E. SWARTZ    on behalf of Creditor    MidFirst Bank ecfmail@mwc-law.com, ecfmail@mwc-law.com  
         BETH L. SLABY    on behalf of Creditor    Chase Home Finance, LLC bslaby@clarkhill.com, aporter@clarkhill.com;wprice@clarkhill.com  
         BETH L. SLABY    on behalf of Creditor    JPMorgan Chase Bank, N.A. bslaby@clarkhill.com, aporter@clarkhill.com;wprice@clarkhill.com  
         BRIAN E. CAINE    on behalf of Creditor    Santander Consumer USA LLC as servicer for CitiFinancial Auto Corporation ,   BKcourtnotices@parkermccay.com  
         BRIAN M. KILE    on behalf of Creditor    JPMorgan Chase Bank, N.A. bkile@grenenbirsic.com, mcupec@grenenbirsic.com  
         DAVID W. RAPHAEL    on behalf of Creditor    Ocwen Loan Servicing, LLC draphael@grenenbirsic.com, mcupec@grenenbirsic.com  
         DENISE ELIZABETH CARLON    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com  
         GEORGETTE MILLER    on behalf of Debtor Paul  Stewart info@georgettemillerlaw.com, georgettemillerlaw@gmail.com;MLee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemillerlaw.com  
         GEORGETTE MILLER    on behalf of Joint Debtor Robin S Stewart info@georgettemillerlaw.com, georgettemillerlaw@gmail.com;MLee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemillerlaw.com  
         JODI L. HAUSE    on behalf of Creditor    Chase Home Finance, LLC jodihause@hotmail.com, jodihause@gmail.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
         STEVEN B. KANTROWITZ    on behalf of Creditor    Toyota Motor Credit Corporation skantro@aol.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com  
     TOTAL: 15

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Paul Stewart<br>Robin S. Stewart aka Robin S. Whitaker<br>aka Robin S. Johnson<br>         Debtors | Chapter 13 |
| MIDFIRST BANK<br>              v.<br>Paul Stewart<br>Robin S. Stewart aka Robin S. Whitaker aka Robin S. Johnson<br>              and<br>William C. Miller Esq.<br>              Trustee | NO. 11-11658 MDC |

**ORDER**

AND NOW, this 12th day of December, 2016 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on December 21, 2011 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code) 11 U.S.C. 11 U.S.C. Section 362, is modified to allow MIDFIRST BANK and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1215 Willow Street Norristown, PA 19401.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Magdeline D. Coleman*

United States Bankruptcy Judge.

cc: See attached service list

Paul Stewart
114 Durham Drive
Coatesville, PA 19320
Robin S. Stewart aka Robin S. Whitaker aka Robin S. Johnson
114 Durham Drive
Coatesville, PA 19320

William C. Miller Esq.
111 S. Independence Mall (VIA ECF)
Suite 583
Philadelphia, PA 19106

Georgette Miller Esq.
335 Evesham Avenue (VIA ECF)
Lawnside, NJ 08045

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532