**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

**In re Robin Stewart**
    **Paul Stewart**     :     Case No. 11-11658
                                                  Debtor(s) Chapter 13

**Addendum to Chapter 13 Plan filed on 3/12/14**

Debtors make the following amendment to the "Total Plan Payments" section located in paragraph 1 of their Amended Plan to correct a mathematical error to increase the total plan payment amount to read **$58,419.61**.

This new amount is an increase of $368.00.

This Addendum shall be binding.

Date **12/20/16**             Signature **/s/ Robin Stewart**
                                                                      **Robin Stewart**
                                                                      Debtor

Date **12/20/16**             Signature **/s/ Paul Stewart**
                                                                      **Paul Stewart**
                                                                      Debtor

{00251636;v1}