# THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **BK. No. 11-11658 MDC** |
| **Paul and Robin Stewart,** | : | **Chapter No. 13** |
| | : | |
| **Debtors.** | : | |

## CERTIFICATE OF SERVICE

I, Michelle Lee, being duly sworn according to law, deposes and says that she served the Debtor's Addendum to Chapter 13 Plan upon the following individuals listed below on 12/20/16 via mail and/or electronic notice

William C. Miller
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

Paul and Robin Stewart,
114 Durham Drive
Coatesville, PA 19320

All Creditors in Matrix

Date: 12/20/16                     Respectfully Submitted,
                                   /s/ **Michelle Lee**
                                   Michelle Lee, Esq.
                                   119 S. Easton Road
                                   Glenside, PA 19038

{00161196;v1}