# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Paul Stewart and Robin S Stewart<br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 11-11658 MDC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of MIDFIRST BANK, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 4409

                                    Respectfully submitted,

                                    **/s/Thomas Puleo, Esquire**
                                    Thomas Puleo, Esquire
                                    Brian C. Nicholas, Esquire
                                    KML Law Group, P.C.
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA 19106-1532
                                    (215) 825-6306  FAX (215) 825-6406