**HONDA**
Financial Services

February 10, 2017

William C Miller
1234 Market St  Ste 1813
Philadelphia, PA  19107

## PROOF OF CLAIM WITHDRAWN

Re:  Paul O Stewart
    Retail Number:        0128
    2005 Honda Accord
    VIN:  1HGCM56455A146101
    Case Number: 11-11658

Dear William C Miller:

American Honda Finance Corporation has withdrawn Proof of Claim Number 14, dated April 28, 2011 in the case number referenced above.

If you have any questions, associates are available to assist you at (800) 717-0238.

Sincerely,


/s/ Samuel Brinkmeyer
**Honda Financial Services**


Honda Financial Services is a DBA of American Honda Finance Corporation

hnpocwthdrw

Honda Financial Services, P.O. Box 166469, Irving, TX 75016-6469