United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                            Case No. 11-11658-mdc
Paul Stewart                                                      Chapter 13
Robin S Stewart
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Virginia               Page 1 of 4            Date Rcvd: Apr 05, 2017
                              Form ID: 138NEW              Total Noticed: 82
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 07, 2017.
```
db/jdb         +Paul Stewart,    Robin S Stewart,    114 Durham Drive,    Coatesville, PA 19320-5537
aty            +BRIAN E. CAINE,    Deily, Mooney & Glastetter,    One Greentree Centre,    Suite 201,
                 Marlton, NJ 08053-3105
cr              Educational Credit Management Corp.,    PO Box 16408,    St, Paul, MN 55116-0408
cr             +Santander Consumer USA, Inc. as servicer for CitiF,    c/o Deily, Mooney & Glastetter, LLP,
                 8 Thurlow Terrace,    Albany, NY 12203-1006
cr             +Toyota Motor Credit Corporation,    c/o Kantrowitz & Phillippi, LLC,
                 Ste 320, 1835 Market Street,    Philadelphia, PA 19103-2964
12312086        Afsa/Brazo,   501 Bleecker St,    Utica, NY 13501-2498
12312088       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,    Po Box 85015,    Richmond, VA 23285)
12312091       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
12387622        Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
12336486       +Chase Home Finance, LLC,    3415 Vision Drive,    Columbus, OH 43219-6009
12336487        Chase Home Finance, LLC,    c/o Beth L. Slaby, Esquire,    Grenen & Birsic, PC,
                 One Gateway Center, 9th Floor,    Pittsburgh, PA 15222
13191703       +Coatsville Area School District,    (West Caln Township),    Keystone Collections Group -,
                 c/o Kratzenberg & Lazzaro,    546 Wendel Rd.,    Irwin, PA 15642-7539
12312119       ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Webbank/Dfs,    1 Dell Way,    Round Rock, TX 78682)
12312093       +Dailena Whitaker,    114 Durham Drive,    Coatesville, PA 19320-5537
12567598       +Disney Vacation Club Management Corp.,    1390 Celebration Blvd.,    Celebration, FL 34747-5166
12560735       +Disney Vacation Development, Inc.,    1390 Celebration Blvd.,    Celebration, FL 34747-5166
12312095       +Diversified Collection Services, Inc.,    P.O. Box 9054,    Pleasanton, CA 94566-9054
12427255        ECMC,   P.O. Box 75906,    St. Paul, MN 55175
12312097       +Eastern Account System,    75 Glen Rd Ste 110,    Sandy Hook, CT 06482-1175
12312099       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
12312100       +Fst Premier,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
12424845       +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
                 Norfolk VA 23541-0907
12312103        Harlan Motors,    3327 W. Lincoln Highway,    Parkesburg, PA 19365
12312104       +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
12312105        Keystone Rewards,    Po Box 2641,    Harrisburg, PA 17105
12356801       +Midfirst Bank,    c/o Ann E. Swartz, Esq,    701 Market Street,    Suite 5000,
                 Phila., PA 19106-1541
12346707       +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
12312107       +Midland Mortgage Compa,    999 Nw Grand Blvd,    Oklahoma City, OK 73118-6051
12393240       +Midland Mortgage Company,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
12312108       +Nationwide Recovery Sy,    2304 Tarpley Rd Ste 134,    Carrollton, TX 75006-2470
12312109       +P S E C U,    Po Box 1006,    Harrisburg, PA 17108-1006
12312111       +Reymour & Flanigan Furniture,    P.O. Box 130,    Liverpool, NY 13088-0130
12398173        Sallie Mae Inc. on behalf of ECMC,    Lockbox 8682,    P.O. Box 75848,    St. Paul, MN 55175
12313991       +Santander Consumer USA Inc.DBA CitiFinancial Auto,    P.O. Box 560284,    Dallas, TX 75356-0284
12514158       +Santander Consumer USA LLC,    Brian E. Caine, Esq,    One Greentree Centre,
                 10000 Lincoln Drive East, Suite 201,    Marlton, New Jersey 08053-3105
12312113       #+Santander Consumer Usa,    8585 N Stemmons Fwy Ste,    Dallas, TX 75247-3822
12400271        State Farm Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
12312114       +State Farm Financial S,    3 State Farm Plaza N-4,    Bloomington, IL 61791-0002
12312115        Superior Credit Union,    1000 Crosskeys Road,    Collegeville, PA 19426
12341673       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Corporation,    PO BOX 8026,
                 Cedar Rapids, IA. 52408-8026)
12312116       +Thd/Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
12312117       +Toyota Motor Credit Co,    240 Gibraltar Rd Ste 260,    Horsham, PA 19044-2387
12312118       +Verizon Pennsylvania I,    500 Technology Dr,    Weldon Spring, MO 63304-2225
13191729       +West Caln Township,    Keystone Collections Group -,    c/o Kratzenberg & Lazzaro,
                 546 Wendel Rd.,    Irwin, PA 15642-7539
12312120       +Wfcb/Hsn,    995 W 122nd Ave,    Westminster, CO 80234-3417
12312121       +Windham Professionals,    380 Main St,    Salem, NH 03079-2412
12312122       +Xls/Efr,    1500 W 3rd St Ste 125,    Cleveland, OH 44113-1422
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Apr 06 2017 01:35:26      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 06 2017 01:35:09      Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 06 2017 01:35:26      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Apr 06 2017 01:25:16      GE Money Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave, Suite 1120,    Miami, FL  33131-1605
```

```
District/off: 0313-2              User: Virginia              Page 2 of 4                  Date Rcvd: Apr 05, 2017
                                  Form ID: 138NEW             Total Noticed: 82


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
cr             +Fax: 407-737-5634 Apr 06 2017 03:15:32      Ocwen Loan Servicing, LLC,    1661 Worthington Road,
                 Suite #100,    WEST PALM BEACH, FL 33409-6493
cr             +E-mail/PDF: pa_dc_claims@navient.com Apr 06 2017 01:25:44      Sallie Mae, Inc.,
                 220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
12312085       +E-mail/Text: ebnbankruptcy@ahm.honda.com Apr 06 2017 01:35:21       A H F C,
                 200 Continental Dr Ste,    Newark, DE 19713-4334
12351090        E-mail/Text: ebnbankruptcy@ahm.honda.com Apr 06 2017 01:35:21
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088
12462183       +E-mail/Text: EBNProcessing@afni.com Apr 06 2017 01:35:20      Afni, Inc.,    PO BOX 3667,
                 Bloomington, IL 61702-3667
12429459       +E-mail/Text: bncmail@w-legal.com Apr 06 2017 01:35:22      BACK BOWL I LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12397228       +E-mail/Text: bncmail@w-legal.com Apr 06 2017 01:35:21      CANDICA L.L.C.,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12458807        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 06 2017 01:25:32
                 CR Evergreen II, LLC,    MS 550,    PO Box 91121,    Seattle, WA 98111-9221
12312089       +E-mail/Text: bankruptcy@cavps.com Apr 06 2017 01:35:24      Cavalry Portfolio Serv,
                 7 Skyline Dr Ste 3,    Hawthorne, NY 10532-2162
12312092       +E-mail/Text: bankruptcycollections@citadelbanking.com Apr 06 2017 01:35:34
                 Citadel Federal Cred U,    Po Box 147,    Thorndale, PA 19372-0147
12361956        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 06 2017 01:25:18
                 Dell Financial Services L.L.C.,    c/o Resurgent Capital Services,    PO Box 10390,
                 Greenville, SC 29603-0390
12312094       +E-mail/PDF: pa_dc_ed@navient.com Apr 06 2017 01:25:32      Dept Of Ed/Sallie Mae,    Po Box 9635,
                 Wilkes Barre, PA 18773-9635
12626040       +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 06 2017 01:25:18
                 East Bay Funding, LLC,    c/o Resurgent Capital Services,    PO Box 288,
                 Greenville, SC 29602-0288
12362339        E-mail/Text: bnc-genesis@quantum3group.com Apr 06 2017 01:35:15       GC III LLC,
                 Quantum3 Group LLC,    PO Box 788,    Kirkland, WA 98083-0788
12330400        E-mail/PDF: gecsedi@recoverycorp.com Apr 06 2017 01:25:17      GE Money Bank,
                 c/o Recovery Management Systems Corp.,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
12312101       +E-mail/PDF: gecsedi@recoverycorp.com Apr 06 2017 01:25:43      Gemb/Home Shopping,
                 Po Box 981400,    El Paso, TX 79998-1400
12312102       +E-mail/PDF: gecsedi@recoverycorp.com Apr 06 2017 01:25:42      Gemb/Walmart,    Po Box 981400,
                 El Paso, TX 79998-1400
12737045        E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 06 2017 01:35:22       JEFFERSON CAPITAL SYSTEMS LLC,
                 PO BOX 7999,    ST CLOUD MN 56302
12312106       +E-mail/Text: bankruptcydpt@mcmcg.com Apr 06 2017 01:35:17      Midland Credit Mgmt,
                 8875 Aero Dr,    San Diego, CA 92123-2255
12947547       +E-mail/Text: bknotice@ncmllc.com Apr 06 2017 01:35:22       National Capital Management, LLC.,
                 8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741
12810373       +Fax: 407-737-5634 Apr 06 2017 03:15:32      Ocwen Loan Servicing, LLC,
                 1661 Worthington Road, Suite 100,    West Palm Beach, FL 33409-6493
12312110        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 06 2017 01:31:04
                 Portfolio Recovery Associates,    PO Box 12914,    Norfolk, VA 23541
12485050        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 06 2017 01:31:09
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13024929       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 06 2017 01:31:09
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
12356006       +E-mail/Text: csidl@sbcglobal.net Apr 06 2017 01:35:25      Premier Bankcard/Charter,
                 P.O. Box 2208,    Vacaville, CA 95696-8208
12312112       +E-mail/PDF: pa_dc_claims@navient.com Apr 06 2017 01:25:18      Sallie Mae,    Po Box 9500,
                 Wilkes Barre, PA 18773-9500
12522351       +E-mail/PDF: pa_dc_claims@navient.com Apr 06 2017 01:25:45      Sallie Mae ECFC,
                 c/o Sallie Mae Inc.,    220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
12397296        E-mail/PDF: pa_dc_litigation@navient.com Apr 06 2017 01:25:33
                 Sallie Mae Inc. on behalf of USA FUNDS,    Attn: Bankruptcy Litigation Unit E3149,
                 P.O. Box 9430,    Wilkes-Barre, PA 18773-9430
12514633        E-mail/PDF: pa_dc_ed@navient.com Apr 06 2017 01:25:32      Sallie Mae Inc., on behalf of the,
                 Department of Education,    P.O. Box 740351,    Atlanta, GA 30374-0351
13021742       +E-mail/Text: bncmail@w-legal.com Apr 06 2017 01:35:25      Vanda, LLC,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
12483433        E-mail/Text: bnc-alliance@quantum3group.com Apr 06 2017 01:35:16
                 World Financial Capital Bank,    Quantum3 Group LLC,    PO Box 788,    Kirkland, WA 98083-0788
                                                                                                TOTAL: 35

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12312096        Dpt Ed/Slm
cr*           ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court: AMERICAN HONDA FINANCE CORPORATION,    National Bankruptcy Center,
                 P.O. Box 168088,    Irving, TX 75016-8088)
cr*             CR Evergreen II, LLC,    MS 550,    PO Box 91121,    Seattle, WA 98111-9221
cr*            +Chase Home Finance, LLC,    3415 Vision Drive,    Columbus, OH 43219-6009
cr*            +East Bay Funding, LLC,    c/o Resurgent Capital Services,    PO Box 288,
                 GREENVILLE, SC 29602-0288
```

```
District/off: 0313-2           User: Virginia              Page 3 of 4                   Date Rcvd: Apr 05, 2017
                               Form ID: 138NEW             Total Noticed: 82


              ***** BYPASSED RECIPIENTS (continued) *****
cr*          ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
               (address filed with court: Jefferson Capital Systems LLC,    PO BOX 7999,
                 ST CLOUD, MN  56302-9617)
cr*           +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
cr*           +National Capital Management, LLC,    8245 Tournament Dr.,    Suite 230,    Memphis, TN 38125-1741
cr*          ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC.,    POB 41067,
                 Norfolk, VA  23541)
cr*           +PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
cr*           +PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
cr*           +Vanda, LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                 Seattle, WA 98121-3132
12312087*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
13326489*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541)
13021749*     +Vanda, LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                 Seattle, WA 98121-3132
12312090     ##+Chase,    10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
12312098     ##+Equable Ascent Financi,    1120 W Lake Cook Rd Ste,    Buffalo Grove, IL 60089-1970
12318645     ##+Rjm Acquisitions Llc,    575 Underhill Blvd,    Suite 224,    Syosset, NY 11791-3416
                                                                                TOTALS: 1, * 14, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 5, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    MidFirst Bank agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANN E. SWARTZ    on behalf of Creditor    MidFirst Bank ecfmail@mwc-law.com, ecfmail@mwc-law.com
              BETH L. SLABY    on behalf of Creditor    JPMorgan Chase Bank, N.A. bslaby@clarkhill.com,
               aporter@clarkhill.com;wprice@clarkhill.com
              BETH L. SLABY    on behalf of Creditor    Chase Home Finance, LLC bslaby@clarkhill.com,
               aporter@clarkhill.com;wprice@clarkhill.com
              BRIAN E. CAINE    on behalf of Creditor    Santander Consumer USA LLC as servicer for CitiFinancial
               Auto Corporation ,   BKcourtnotices@parkermccay.com
              BRIAN M. KILE    on behalf of Creditor    JPMorgan Chase Bank, N.A. bkile@grenenbirsic.com,
               mcupec@grenenbirsic.com
              DAVID W. RAPHAEL    on behalf of Creditor    Ocwen Loan Servicing, LLC draphael@grenenbirsic.com,
               mcupec@grenenbirsic.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              GEORGETTE MILLER    on behalf of Joint Debtor Robin S Stewart info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;MLee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com
              GEORGETTE MILLER    on behalf of Debtor Paul  Stewart info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;MLee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com

```
District/off: 0313-2           User: Virginia              Page 4 of 4                  Date Rcvd: Apr 05, 2017
                               Form ID: 138NEW             Total Noticed: 82
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         JODI L. HAUSE    on behalf of Creditor    Chase Home Finance, LLC jhause@reedsmith.com, jodihause@hotmail.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
         STEVEN B. KANTROWITZ    on behalf of Creditor    Toyota Motor Credit Corporation skantro@aol.com
         THOMAS I. PULEO    on behalf of Creditor    MidFirst Bank tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com, philaecf@gmail.com
         WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
         TOTAL: 17

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Paul Stewart and Robin S Stewart
       Debtor(s)

Bankruptcy No: 11−11658−mdc
Chapter: 13

___

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

                              For The Court

                              Timothy B. McGrath
                              Clerk of Court

Dated: 4/5/17

                                                    214 − 213
                                                Form 138_new