United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Paul Stewart
Robin S Stewart
    Debtors

Case No. 11-11658-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: May 12, 2017
Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2017.
db/jdb      +Paul Stewart,   Robin S Stewart,   114 Durham Drive,   Coatesville, PA 19320-5537

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2017      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2017 at the address(es) listed below:

     ANDREW F GORNALL    on behalf of Creditor    MidFirst Bank agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
     ANN E. SWARTZ    on behalf of Creditor    MidFirst Bank ecfmail@mwc-law.com, ecfmail@mwc-law.com
     BETH L. SLABY    on behalf of Creditor    Chase Home Finance, LLC bslaby@clarkhill.com, aporter@clarkhill.com;wprice@clarkhill.com
     BETH L. SLABY    on behalf of Creditor    JPMorgan Chase Bank, N.A. bslaby@clarkhill.com, aporter@clarkhill.com;wprice@clarkhill.com
     BRIAN E. CAINE    on behalf of Creditor    Santander Consumer USA LLC as servicer for CitiFinancial Auto Corporation , BKcourtnotices@parkermccay.com
     BRIAN M. KILE    on behalf of Creditor    JPMorgan Chase Bank, N.A. bkile@grenenbirsic.com, mcupec@grenenbirsic.com
     DAVID W. RAPHAEL    on behalf of Creditor    Ocwen Loan Servicing, LLC draphael@grenenbirsic.com, mcupec@grenenbirsic.com
     DENISE ELIZABETH CARLON    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
     GEORGETTE MILLER    on behalf of Joint Debtor Robin S Stewart info@georgettemillerlaw.com, georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemillerlaw.com;r50524@notify.bestcase.com
     GEORGETTE MILLER    on behalf of Debtor Paul Stewart info@georgettemillerlaw.com, georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemillerlaw.com;r50524@notify.bestcase.com
     JODI L. HAUSE    on behalf of Creditor    Chase Home Finance, LLC jhause@reedsmith.com, jodihause@hotmail.com
     JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
     STEVEN B. KANTROWITZ    on behalf of Creditor    Toyota Motor Credit Corporation skantro@aol.com
     THOMAS I. PULEO    on behalf of Creditor    MidFirst Bank tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
     WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com, philaecf@gmail.com

     TOTAL: 17

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                : Chapter 13

Paul Stewart and Robin S Stewart                    : Case No. 11−11658−mdc
    Debtor(s)

## *ORDER*
_____

    AND NOW, this day , May 12, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Judge , United States Bankruptcy Court

217
Form 195